UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS JARA,<br>CELSO LOPEZ,<br>EMILIANO FLORES,<br>CARLOS TELLO | :<br><br>:<br> |
| v. | :     CASE NO.  3:09CV856 (DFM) |
| SMART & K CONSTRUCTION, LLC.,<br>YAROSLAV KOHUT | :<br>: |

### DEFAULT JUDGMENT

This action having came on for consideration of the plaintiffs' motion for default judgment doc.#[45] before the Honorable Donna F. Martinez, United States Magistrate Judge, and

The Court having considered the full record of the case, including applicable principles of law, filed its Ruling and Order on November 14, 2012, granting the motion for default judgment,

It is hereby ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs' Celso Lopez, Emiliano Flores, and Carlos Tello, against Yaroslav Kohut, in the amount of $5,272.50 as to Celso Lopez, in the amount of $4,302.00 as to Emiliano Flores and in the amount of $4,162.50 as to Carlos Tello and attorney's fees and costs in the amount of $19,287.00 for a total amount of $33,024.00.

Dated at Hartford, Connecticut, this 15th day of November, 2012.

ROBERTA D. TABORA, CLERK

By: _____

Robert K. Wood
Deputy Clerk

EOD - 11/15/2012